Certificate Number: 05781-GAN-DE-041675520

Bankruptcy Case Number: 26-60444

05781-GAN-DE-041675520

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 13, 2026, at 3:15 o'clock PM PST, Ana Esccobar completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: November 13, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President